# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

ENVIRONMENT AMERICA, INC.,
d/b/a Environment Florida, and
SIERRA CLUB,            Plaintiff(s),

-v-                                         Case No.  3:17-CV-272-J-32JRK

PILGRIM'S PRIDE CORPORATION

Defendant(s)
THIRD SUPPLEMENTAL
**MEDIATION REPORT**

In accordance with the Court's mediation order(s), a mediation conference was held on
___August 25____, 20 _17___, and the results of that conference are indicated below:

(a)   The following individuals, parties, corporate representatives, and/or claims
professionals attended and participated in the mediation conference, and each
possessed the requisite authority:

☐   All individual parties and their respective trial counsel.

☒   Designated corporate representatives.

☒   Required claims professionals.

(b)   The following individuals, parties, corporate representatives, and/or claims
professionals failed to appear and/or participate as ordered:

None
_____

_____

_____

_____

_____

_____

_____

_____

(c)    The outcome of the mediation conference was:

[X]    <u>The case has been completely settled</u>.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.   See Attachment A.

[ ]    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____

[ ]    <u>The conference was continued</u> with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

[ ]    <u>The parties have reached an impasse.</u>

**Done this** ___12th___ day of ___October___ , 20 _17_ , in ___Jacksonville___ , Florida.

_____
Signature of Mediator

Michael G. Tanner
_____
Name of Mediator

Tanner Bishop
_____

1 Independent Drive, Suite 1700
_____
Mailing Address

Jacksonville        FL
_____
City                  State

32202      904 _ 598 _ 0034
_____
Zip           Telephone Number

**Attachment A**

Following the initial and Supplemental Mediation Reports filed herein on August 31, 2017, September 14, 2017, and September 28, 2017, respectively, the parties have continued to negotiate with the assistance of the mediator. The parties have reached an agreement in principle on all material issues and are now drafting a proposed consent decree which they will file with the Court on or before November 13, 2017.

00059582.docx