UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

ENVIRONMENT AMERICA, INC.
d/b/a ENVIRONMENT FLORIDA
and SIERRA CLUB,

    Plaintiffs,　　　　　　　　　　　　　　　Case No: 3:17-cv-272-J-32JRK

v.

PILGRIM'S PRIDE CORPORATION,

    Defendant.
_____/

**PILGRIM'S PRIDE'S NOTICE OF PAYMENT OF STIPULATED PENALTIES**

Defendant, PILGRIM'S PRIDE CORPORATION, files this Notice of Stipulated Penalties as required under Section VI, paragraph 18 of the Consent Decree, as approved by this Court on January 16, 2018 (ECF 34). As required under paragraph 20 of the Consent Decree, stipulated penalties are paid to the Stetson University Institute for Water and Environmental Resilience. Stipulated penalties have been paid as follows:

| Parameter | Date of Results Failed Test | Date of Results Passed Test | Penalty | Total |
|---|---|---|---|---|
| Chronic WET Testing (*C. dubia*)** | November 19, 2018 | March 5, 2019 | $170.00/day x **106** days* | $18,020.00 |
| | | TOTAL | | $18,020.00 |

*\*Calculation based on number of days between failed test and next passed test.*
*\*\*The November 30, 2018, Notice of Payment of Stipulated Penalties contained two errors. The failed test results were provided to Pilgrim's on November 19, 2018 and test organism was C. dubia not the fathead minnow. The tests using fathead minnows have been passing tests from October 2018 to the present.*

Dated this 25th day of March 2019:　　　/s/ Winston K. Borkowski
　　　　　　　　　　　　　　　　　　　　Winston K. Borkowski (FBN: 068891)
　　　　　　　　　　　　　　　　　　　　Hopping Green & Sams, PA
　　　　　　　　　　　　　　　　　　　　119 S. Monroe Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Tallahassee, FL 32301
　　　　　　　　　　　　　　　　　　　　850-222-7500 (phone)
　　　　　　　　　　　　　　　　　　　　winstonb@hgslaw.com
　　　　　　　　　　　　　　　　　　　　mandyf@hgslaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on 25th day of March, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Middle District of Florida, Jacksonville Division, using the CM/ECF system. All registered counsel will receive electronic notification of this filing through the CM/ECF system.

                                                                 */s/ Winston K. Borkowski*
                                                                          Attorney