UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

ENVIRONMENT AMERICA, INC.
d/b/a ENVIRONMENT FLORIDA
and SIERRA CLUB,

    Plaintiffs,                                   Case No: 3:17-cv-272-J-32JRK

v.

PILGRIM'S PRIDE CORPORATION,

    Defendant.
_____/

**PILGRIM'S PRIDE'S NOTICE OF PAYMENT OF STIPULATED PENALTIES**

Defendant, PILGRIM'S PRIDE CORPORATION, files this Notice of Stipulated Penalties as required under Section VI, paragraph 18 of the Consent Decree, as approved by this Court on January 16, 2018 (ECF 34). As required under paragraph 20 of the Consent Decree, stipulated penalties are paid to the Stetson University Institute for Water and Environmental Resilience. Stipulated penalties have been paid as follows:

| Parameter | Duration | Penalty | Total |
|---|---|---|---|
| Delay in Construction, 4th Denitrification Filter | Over 60 Days | $2,500.00 | $2,500.00 |

Dated this 16th day of August, 2021:        */s/ Winston K. Borkowski*
                                                    Winston K. Borkowski (FBN: 068891)
                                                    Hopping Green & Sams, PA
                                                    119 S. Monroe Street, Suite 300
                                                    Tallahassee, FL 32301
                                                    850-222-7500 (phone)
                                                    winstonb@hgslaw.com
                                                    mandyf@hgslaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on 16th day of August, 2021, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Middle District of Florida, Jacksonville Division, using the CM/ECF system. All registered counsel will receive electronic notification of this filing through the CM/ECF system.

                                                         */s/ Winston K. Borkowski*
                                                                 Attorney